UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                     :          Chapter 11
                                                           :
293 FRANKLIN, LLC, et al.,                                 :          Case No.  19-45035 (CEC)
                                                           :          Jointly Administered
                                  Debtor.                  :
-------------------------------------------------------------X

### ORDER: (A) APPROVING SECURED CREDITOR MLF3 WALLABOUT LLC'S DISCLOSURE STATEMENTS; (B) SCHEDULING A HEARING ON CONFIRMATION OF SECURED CREDITOR MLF3 WALLABOUT LLC'S PLANS OF LIQUIDATION; AND (C) GRANTING RELATED RELIEF

**UPON** the Motion of Secured Creditor, MLF3 Wallabout LLC ("Secured Creditor"), seeking approval of Secured Creditor's Disclosure Statements dated May 15, 2020 ("Disclosure Statements") for Secured Creditor's Plans of Liquidation for the debtors 293 Franklin LLC ("293 Franklin"), Enterprise Community Funding, LLC[1] ("Enterprise") and 108 Wallabout 5A Corp.[2] ("108 Wallabout" together with 293 Franklin and Enterprise, the "Debtors"), dated May 15, 2020 (the "Plans"), and good and sufficient cause appearing, it is hereby

**ORDERED** that the Disclosure Statements are hereby approved as containing "adequate information" pursuant to Section 1125(a) and (f) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"); and it is further

**ORDERED** that pursuant to Section 1125 of Title 11 of the Bankruptcy Code and Rules 2002(b) and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), a hearing shall be held before the Honorable Carla E. Craig, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York, 11201 on September 16, 2020 at 2:30 p.m., to consider confirmation of the Plans pursuant to Section 1129 of the Bankruptcy Code; and it is further

---

[1] *See* Case No. 19-45036-cec.
[2] *See* Case No. 19-45037-cec.

1

**ORDERED**, by 4:00 p.m. on *August 7 (CEC)*, 2020, Secured Creditor shall serve by first class mail, on the Debtors, Debtors' counsel, all known creditors, interest holders, the U.S. Trustee and other parties in interest, a copy of this Order, the Plans, the Disclosure Statements, and a Ballot substantially in the form of Official Bankruptcy Form B*3*14 *(CEC)* and a notice stating that the date for the hearing on confirmation of the Plan shall be September 16, 2020 at 2:30 p.m. and describing the location for the foregoing hearing, in the form annexed hereto; and it is further

**ORDERED** that September 9, 2020 is fixed as the last date for filing and serving any written objections to confirmation of the Plans, which objections, if any, shall be filed with the Bankruptcy Court and served on counsel for Secured Creditor, the Debtors, Debtors' counsel, and the U.S. Trustee, with a copy to Chambers *(CEC)*; and it is further

**ORDERED** that to be counted as a vote to accept or reject the Plans, a Ballot must be properly completed, executed and delivered to Secured Creditor's counsel, Frank C. Dell'Amore, Esq., Jaspan Schlesinger LLP, 300 Garden City Plaza, Garden City, New York 11530, so as to be received on or before September 9, 2020; and it is further

**ORDERED** that Secured Creditor shall file a declaration in support of confirmation of the Plans and a certification of the Ballots received on or before September 14, 2020.



**Dated: Brooklyn, New York**
**July 20, 2020**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**